_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
January 22, 2024

Cameron M. Gulden, Assistant United States Trustee
State Bar No. MN 310931
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV 89509
Telephone: (775) 784-5330
Fax: (775) 784-5531
E-mail: *jared.a.day@usdoj.gov*

Attorneys for United States Trustee
Tracy Hope Davis

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 22-50556-hlb |
| DEBRA YOUREN, | |
| Debtor(s), | |
| UNITED STATES TRUSTEE TRACY HOPE DAVIS, | Adversary Case No. 23-05021-hlb |
| Plaintiff, | |
| vs. | |
| DEBRA YOUREN, | |
| Defendant(s). | |

1

**ORDER APPROVING WRITTEN WAIVER OF**
**DEBTOR-DEFENDANT'S DISCHARGE UNDER**
**11 U.S.C. § 727(a)(10) AND NOTICE OF DISMISSAL**
**OF COMPLAINT OBJECTING TO DISCHARGE UNDER**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041,**
**INCORPORATING FEDERAL RULE OF CIVIL PROCEDURE 41**
**[11 U.S.C. §§ 727(a)(2), (3), (4) & (5)]**

The Court having reviewed and considered Debtor-Defendant Debra Youren's ("Debtor-Defendant") written waiver of discharge under 11 U.S.C. § 727(a)(10) along with the notice of dismissal of complaint objecting to discharge under Fed. R. Bankr. P. 7041, incorporating Fed. R. Civ. P. 41 ("Notice of Dismissal") filed by Plaintiff, Tracy Hope Davis, the United States Trustee for Region 17 ("Plaintiff" and "United States Trustee"), and good cause appearing;

IT IS HEREBY ORDERED that Debtor-Defendant's written waiver of discharge under 11 U.S.C. § 727(a)(10) is approved;

IT IS HEREBY FURTHER ORDERED that Debtor-Defendant's discharge is waived under 11 U.S.C. § 727(a)(10);

IT IS HEREBY FURTHER ORDERED that Plaintiff the United States Trustee's adversary complaint and the associated adversary case are voluntarily dismissed; and

IT IS HEREBY FURTHER ORDERED that the scheduling conference scheduled for February 14, 2024, is vacated.

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

*/s/ Jared A. Day*
By: Jared A. Day
Trial Attorney for the U.S. Trustee

2

Approved as to Form

**DEBRA YOUREN
DEBTOR-DEFENDANT**

*/s/ Debra Youren*
By: Debra Youren
Chapter 7 Debtor-Defendant

*/s/ Debra M. Amens*
By: Debra M. Amens
Attorney for Chapter 7 Debtor-Defendant

###